UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-2051-MD-ALTONAGA

IN RE:

DENTURE CREAM PRODUCTS
LIABILITY LITIGATION

_____/

THIS DOCUMENT RELATES TO: 1:09-CV-23337-CMA

HEIDI SUE WEBER and GARY WEBER,

                     Plaintiffs,

     v.

SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,
GLAXOSMITHKLINE CONSUMER
HEALTHCARE L.L.C.,
GLAXOSMITHKLINE CONSUMER
HEALTHCARE, L.P., BLOCK
DRUG COMPANY INC., THE PROCTER
& GAMBLE DISTRIBUTING LLC, and
THE PROCTER & GAMBLE
MANUFACTURING COMPANY,
                     Defendants.

**PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF AND TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 25**

     Comes now plaintiffs and move pursuant to Rule 25 of the Federal Rules of Civil Procedure for an Order substituting Stephanie Fus, individually and as the Administratrix for the Estate of Heidi Sue Weber as a party Plaintiff. Heidi Sue Weber passed away on April 7, 2013 and plaintiff is seeking leave to substitute Stephanie Fus individually and as the Administratrix of the Estate of Heidi Sue Weber as a party plaintiff and amend the complaint accordingly. A copy of the death certificate of Heidi Sue Weber and Letters of Administration appointing Stephanie Fus Administratrix for the Estate of Heidi Sue Weber is annexed collectively hereto as

**Exhibit "A",** a copy of the Proposed Amended Complaint annexed hereto as **Exhibit "B"** and the [Proposed] Order is annexed hereto as **Exhibit "C".**

WHEREFORE, Plaintiffs move the Court to enter an Order substituting Stephanie Fus, individually and as the Administratrix of the Estate of Heidi Sue Weber for plaintiff, Heidi Sue Weber, as a party Plaintiff, amending the complaint accordingly and for other further relief as in the premises may be just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Counsel for Plaintiffs conferred with counsel for The Procter & Gamble Distributing LLC, and The Procter & Gamble Manufacturing Company, as required by Local Rule 7.1(A)(3), in a good faith attempt to resolve the issues Plaintiffs raise by this Motion without Court intervention, but it was concluded that there were no issues raised by the instant application which could be resolved through the meet and confer process. Further, counsel for The Procter & Gamble Distributing LLC, and The Procter & Gamble Manufacturing Company advised that they will not oppose the instant Motion For Substitution of Party Plaintiff and To Amend Complaint Pursuant To Fed. R. Civ. P. 25.

Dated: December 2, 2013

Respectfully submitted,

/s/ Jordan L. Chaikin
Jordan L. Chaikin
Melanie H. Muhlstock
Raymond C. Silverman
Daniel C. Burke
Matthew J. McCauley
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: (516) 466-6500
Facsimile: (516) 466-6665
jchaikin@yourlawyer.com
mmuhlstock@yourlawyer.com
rsilverman@yourlawyer.com
dburke@yourlawyer.com
mmccauley@yourlawyer.com