# EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-2051-MD-ALTONAGA

IN RE:

**DENTURE CREAM PRODUCTS
LIABILITY LITIGATION**

_____/

THIS DOCUMENT RELATES: 1:09-CV-23337-CMA
*Heidi Sue Weber and Gary Weber v. The Procter & Gamble Distributing LLC, et al*

**[PROPOSED] ORDER**

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Substitution of Party Plaintiff and to Amend Complaint Pursuant to FRCP 25 ("the Motion") filed on            .

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

Dated:

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**